UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTOPHER WALKER and DANIEL GINNETTI, | ) ) ) | Civil Action No. |
| Plaintiffs | ) ) | |
| v. | ) ) | |
| EVO PAYMENTS INTERNATIONAL, LLC | ) ) ) | |
| Defendant | ) | NOVEMBER 27, 2019 |

**NOTICE OF SERVICE OF NOTICE TO COUNSEL
FOR CASES REMOVED FROM SUPERIOR COURT**

Defendant EVO Payments International, LLC hereby gives notice to the Court of its compliance with the Notice To Counsel/Self-Represented Parties [ECF Docket no. 14], and further states the following:

On November 27, 2019, the undersigned counsel for Defendant EVO Payments International, LLC served upon all counsel of record copies of the following: (1) Notice To Counsel And Self-Represented Parties (Assignment of Case to the Honorable Janet C. Hall); (2) Standing Order On Removed Cases; (3) Order On Pretrial Deadlines; (4) Electronic Filing Order In Civil Cases; (5) Standing Protective Order; and (6) Standing Order Relating To Discovery. Counsel for EVO Payments International, Inc. previously served copies of the documents filed at ECF Docket Nos. 1 - 8 on Plaintiff's counsel on November 22, 2019.

8163367

Respectfully submitted,

DEFENDANT, EVO PAYMENTS
INTERNATIONAL, LLC

By: /s/ Christopher R. Drury
    Robert J. O'Brien (ct05489)
    Christopher R. Drury (ct26972)
    Shipman & Goodwin LLP
    One Constitution Plaza
    Hartford, CT  06103-1919
    Phone: (860) 251-5000
    Fax: (860) 251-5216
    Email: robrien@goodwin.com
    Email: cdrury@goodwin.com

its attorneys.

## CERTIFICATE OF SERVICE

      I hereby certify that on November 22, 2019 a copy of the foregoing NOTICE OF SERVICE OF NOTICE TO COUNSEL FOR CASES REMOVED FROM SUPERIOR COURT was served by electronic mail on the following:

Mark E. Block, Esq.
Amanda L. Sisley, Esq.
Block, Janney & Sisley, LLC
138 Main Street
Norwich, CT 06360
Email: mblock@bjplawyers.com
Email: asisley@bjplawyers.com
*Counsel for Plaintiffs Christopher Walker and Daniel Ginetti*

                                            /s/ Christopher R. Drury
                                            Christopher R. Drury (ct26972)
                                            Shipman & Goodwin LLC
                                            One Constitution Plaza
                                            Hartford, CT  06103-1919
                                            Phone: (860) 251-5000
                                            Fax: (860) 251-5216
                                            Email: cdrury@goodwin.com

8163367